PD-1559-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/1/2015 12:38:02 PM
Accepted 12/1/2015 4:24:09 PM
ABEL ACOSTA
CLERK

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| V. | § | CAUSE NUMBERS _____ |
| | § | |
| BROGAN MELCHIOR | § | |

**APPELLANT'S MOTION TO EXTEND TIME
TO FILE THE PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Brogan Melchior, appellant, files Appellant's Motion To Extend Time To File The Petition For Discretionary Review and would show as follows:

I.

Appellant pled not guilty to driving while intoxicated in cause numbers 1848384 in the Harris County Criminal Court at Law 4. A jury convicted her and assessed punishment at one year in the county jail. The sentence was suspended and Appellant was placed on community supervision for 18 months. Jed Silverman represented her at trial.

The Fourteenth Court of Appeals affirmed the conviction in cause number 14-14-00454-CR in Brogan Melchior v. The State of Texas in an unpublished opinion issued on November 3, 2015 (Appendix). Rick Oliver represented her on appeal.

FILED IN
COURT OF CRIMINAL APPEALS

December 1, 2015

ABEL ACOSTA, CLERK

II.

The petition for discretionary review (PDR) will be timely if filed due by December 3, 2015. This court has not previously granted an extension of time.

III.

Appellant requests until January 4, 2016 to file the PDR. For good cause, he would show: Counsel is currently preparing a Motion for Rehearing due December 2, 2015 in *Colin Dempsey v. State*, No. 14-14-00634-CR; preparing for trial in *State v. Michael Webster* in Harris County, No. 2030980 December 14, 2015; previously scheduled and paid for family vacation from December 3, 2015 to December 7, 2015 and preparing for a Brief due December 28, 2015 in *Michael Perry v. State*, No. 14-15-00433-CR and 2015. Based on the foregoing, Counsel requests additional time to file the PDR in appellant's case.

Respectfully submitted,

Rick Oliver
State Bar No. 24048179
1221 Studewood Street
Houston, Texas 77008
(713) 864-3700
(713) 864-3703 (facsimile)
rickoliverlaw@gmail.com

Attorney for Applicant
BROGAN MELCHIOR

2

## CERTIFICATE OF SERVICE

I served this document on Appellate Division of the Harris County District Attorney's Office, 1201 Franklin Street, Houston, Texas 77002, by United States Mail, first class, on December 1, 2015.

_____
Rick Oliver